Daniel, J.
 

 We learn from the case that the deed was proved in Chatham County Court, and we must take it that
 
 *218
 
 ft was duly registered, as there is no objection raised on that score. The deed, therefore, passed all the interest in the ’
 
 ’
 
 land which the defendant and the husbands oí his sisters ha(j jn The deed certainly was evidence for the plaintiff. If the sisters are all alive, the plaintiff is entitled to recover his term in all the land mentioned in the declaration; as all the estate of the defendant, and the estates that the husbands had, in right of their wives, passed to him by force of the deed. In the lands belonging to the wife in fee, which are in possession, the husband has an interest which his deed will pass; and at his. death, the wife or her heir may enter upon the husband’s alienee. But during the lives of the husband and wife, or after her death leaving issue, the bar-gainee of the husband has a good title during the husband’s life. The judgment must be affirmed.
 

 Per Curiam, Judgment affirmed.